MANDATE

Judge Lagueux
03-00113
USDC RI

# United States Court of Appeals
## For the First Circuit

---

No. 05-1197

UNITED STATES OF AMERICA,

Appellee,

v.

MARTIN MEDRANO,

Defendant, Appellant.

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

JUDGMENT

Entered: April 14, 2006

Despite appellant's claim to the contrary, the district court sentenced him in full compliance with United States v. Booker, 125 S. Ct. 738 (2005), calculating the guideline range, treating it as advisory, and imposing a sentence at the low end because it was the "most reasonable" sentence. As to the conditions of supervised release imposed, there was no objection and we can discern no plain error. The court itself ordered that appellant undergo drug treatment. Probation was given only the administrative task of approving the treatment program. Even assuming for present purposes that the delegation of this administrative task was error, there is no showing of prejudice and no plain error. See United States v. Padilla, 415 F.3d 211, 220-24 (1st Cir. 2005)(en banc).

Finally, we reject appellant's claim that his plea was not entered in a knowing and voluntary manner. Appellant does not specify any element of the offenses which was unclear to him. During the plea colloquy, the government's statement of the facts set forth the elements and conduct of the offenses and appellant's

admission to that conduct sufficiently establishes his understanding of the charges. See United States v. Alvarez-Del Prado, 222 F.3d 12, 16 (1st Cir. 2000).

The judgment is summarily affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Mure

Deputy Clerk

Date: 5/8/06

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

[cc: Holly T. Smith, Esq., Mary Rogers, AUSA, Donald Lockhart, AUSA]