UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

VS.

Martin Medrano

CR NO. 03-113L

## ORDER

The government's response to the Defendant's motion to correct clerical mistakes is due on July 5, 2006.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 6/21/06

BY Order:

Deputy Clerk