IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS | : | CR. NO.: 03-113-02L |
| | : | |
| MARTIN ANDREW MEDRANO | : | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO CORRECT CLERICAL MISTAKES

The Defendant, Martin Medrano, has filed a Motion to Correct Clerical Mistakes. The government submits that the motion should be granted on the basis that the fine that this Court ordered to be paid, has been. The government attaches a copy of the documents reflecting said payment. (Government's Exhibit 1a, 1b and 1c).

**I. FACTS**

On November 25, 2003, the Defendant was arrested by the Drug Enforcement Administration (DEA). At that time, fourteen hundred dollars ($1,400) in cash was seized from co-conspirator, Jesus Orduno-Valdez. On December 3, 2003, a grand jury returned a two count indictment against the Defendant, Martin Medrano, and two co-defendants, Jesus Orduno-Valdez and Steven Ramos, Cr. No. 03-113L. Count I of the indictment charged all three Defendants with conspiracy to distribute and to possess with intent to distribute marijuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); all in violation of 21 U.S.C. § 846. Count II, charged that all three Defendants possessed, with intent to distribute, marijuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) and 18 U.S.C. § 2.

Medrano filed an administrative claim seeking the return of the fourteen hundred dollars

seized from co-defendant, Orduno-Valdez. May 30, 2004, the Defendant, Martin Medrano, pled guilty to the two count Indictment. On January 30, 2005, the Defendant was sentenced by this Court. As part of the sentence, Medrano was fined in the amount of $1,400, the amount of Medrano's administrative claim for the cash seizure by the Drug Enforcement Administration ("DEA"). The fine was to be paid by the funds seized by DEA. DEA turned the funds over to the United States Marshals Service. On February 7, 2005, the United States Marshals Services turned the funds over the United States Clerk's Office, District of Rhode Island. A copy of the documents reflecting said payment is attached (Government's Exhibit 1a, 1b and 1c). Therefore, the government submits that the records should reflect that the fine imposed on the Defendant, fourteen hundred dollars, has been paid.

Respectfully submitted,
UNITED STATES OF AMERICA
By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

MARY E. ROGERS
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this, the 5th day of July, 2006, I mailed a true copy of the within Government's Response to Defendant's Motion To Correct Clerical Mistakes, postage prepaid, to:

Martin Medrano
05380-080
Federal Correctional Institution
37910 nth 45th Avenue
Phoenix, Arizona 85086