UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND


UNITED STATES OF AMERICA

      v.                            CR. No. 03-113-02L

MARTIN ANDREW MEDRANO


<u>MEMORANDUM AND ORDER</u>

This is Defendant's Motion to Correct Clerical Mistakes.  It pertains to the fine imposed by the Court when Defendant was sentenced on January 30,2005.

When Defendant was arrested by the Drug Enforcement Administration ("DEA"), $1400 in cash was seized from co-conspirator, Jesus Orduno-Valdez.  After Defendant and his co-conspirators were indicted, Defendant filed an administrative claim seeking the return of the $1400 seized from Orduno-Valdez. When Defendant was sentenced by this Court, a fine was imposed upon him in the amount of $1400 which represented his claim for the cash seized by the DEA.  It is clear that the fine was to be paid by the funds seized by DEA.  DEA turned the funds over to the United States Marshal's Service and, on February 7, 2005, the United States Marshal's Service turned the funds over to the Clerk of this Court.

Therefore, the records of this case should reflect that the fine imposed on Defendant in the amount of $1400 has been fully paid.

It is so Ordered.

Ronald R. Lagueux
Senior Judge
November 2 , 2006